**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas Davis | Social Security number or ITIN   xxx–xx–1304 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Debra Davis | Social Security number or ITIN   xxx–xx–4812 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   14–30347–CMG

# Order of Discharge                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas Davis                                Debra Davis

2/4/20                                      **By the court:** Christine M. Gravelle
                                                            United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                                Case No. 14-30347-CMG
Thomas Davis                                                          Chapter 13
Debra Davis
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2             Date Rcvd: Feb 04, 2020
                            Form ID: 3180W           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2020.
```
db/jdb         +Thomas Davis,    Debra Davis,    78 Stonehurst Blvd,    Freehold, NJ 07728-3206
aty             Paul V. Buonaguro,    Division of Law,    RJ Hughes Justice Complex,    25 Market St,,
                 PO Box 106,    Trenton, NJ 08625-0106
cr              Department of Labor,    ATTN Stanley Cooper,    PO Box 379,    Trenton, NJ 08625-0379
cr             +Division of Taxation, State of New Jersey,    P.O. Box 245,    Trenton, NJ 08695-0245
515089815      +ACB Receivables Management,    Attn: Bart A Chase, Esquire,    PO Box 871,
                 Summit, NJ 07902-0871
515089817       First Premier Bank,    Attn: Asset Acceptance,    P.O. Box 2036,    Warren, MI 48090-2036
515089821      +Medical Payment Data,    Attn: A-1 Collection Services,    101 Grovers Mill Road,
                 Lawrence, NJ 08648-4706
515089822      +Medical Payment Data,    Attn: Berks Credit & Collection,    900 Corporate Drive,
                 Reading, PA 19605-3340
515089823      +Medical Payment Data,    Attn: Sa-vit Enterprises,    46 W Ferris Street,
                 East Brunswick, NJ 08816-2159
515089825      +Pine Ridge at Crestwood,    2 Fox Street,    Whiting, NJ 08759-3612
515216431     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
515089830       State of NJ,   Dept of Labor & Workforce,    PO Box 059,    Trenton, NJ 08625-0059
515129318       State of New Jersey,    Division of Employer Accounts,    New Jersey Department of Labor,
                 and Workforce Development,    PO Box 379,    Trenton, NJ 08625-0379
515089827      +State of New Jersey,    attn: GC Services Limited Partnership,    6330 Gulfton,
                 Houston, NJ 77081-1108
515250851       State of New Jersey,    Surcharge Administration Office,    PO Box 136,    Trenton, NJ  08666-0136
515089829       State of New Jersey,    Surcharge Violation System,    PO Box 4850,    Trenton, NJ 08650-4850
515089828       State of New Jersey,    Attn: LDC Collection Systems,    PO Box 4775,    Trenton, NJ 08650-4775
515089832      +Traveler's Investment Insurance,    Attn: Slater & Tenaglia,
                 395 West Passaic Street, Suite 205,    Rochelle Park, NJ 07662-3016
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 04 2020 23:45:53     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 04 2020 23:45:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515217980       EDI: AIS.COM Feb 05 2020 04:08:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
515089816       EDI: COMCASTCBLCENT Feb 05 2020 04:03:00      Comcast,    PO box 69,    Newark, NJ07101-0069
515089818       EDI: AMINFOFP.COM Feb 05 2020 04:03:00      First Premier Bank,    PO Box 5514,
                 Sioux Falls, SD 57117-5514
515089819       EDI: IRS.COM Feb 05 2020 04:03:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
515122831      +EDI: MID8.COM Feb 05 2020 04:03:00      Midland Credit Management, Inc,
                 as agent for Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
515193988       EDI: NEXTEL.COM Feb 05 2020 04:03:00      Sprint,    Attn Bankruptcy Dept,    PO Box 7949,
                 Overland Park KS 66207-0949
515089826      +EDI: NAVIENTFKASMSERV.COM Feb 05 2020 04:03:00      Sallie Mae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
515089831       EDI: TFSR.COM Feb 05 2020 04:03:00      Toyota Financial Services,    PO Box  5855,
                 Carol Stream, IL 60197-5855
515129406       EDI: TFSR.COM Feb 05 2020 04:03:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
515381165      +EDI: ECMC.COM Feb 05 2020 04:03:00      U.S. Department of Education,    P.O. Box 16448,
                 Saint Paul, MN 55116-0448
515089833      +EDI: ECMC.COM Feb 05 2020 04:03:00      US Dept of Education,    PO Box 5609,
                 Greenville, TX 75403-5609
515089834       EDI: VERIZONCOMB.COM Feb 05 2020 04:03:00      Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
                                                                                              TOTAL: 14
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
515089824       New Jersey Division of Taxation,    Compliance and Enforcement,    Bankruptcy Unit,
                 50 Barrack Street, 9th Floor,    P.O. Box 2
515089820*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                            TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 04, 2020
                              Form ID: 3180W           Total Noticed: 32
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor Thomas   Davis cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          James J. Cerbone    on behalf of Joint Debtor Debra   Davis cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
                                                                                             TOTAL: 5
```